AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>18 U.S.C. § 113 - Assault within a Special Maritime or Territorial Jurisdiction of the United States, Class B Misdemeanor | ☐ Petty<br>☐ Minor<br>☑ Misdemeanor<br>☐ Felony | **DEFENDANT - U.S.**<br>▶ MICHAEL GABRIEL FONDANOVA<br><br>DISTRICT COURT NUMBER<br>**CR 07 0446** |
| PENALTY:<br>Maximum Prison Term 6 Months<br>Maximum Fine $5,000<br>Mandatory Special Assessment $10 || E-filing |

FILED
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAG

| PROCEEDING || DEFENDANT |
|---|---|---|
| Name of Complaintant Agency, or Person (&Title, if any)<br>United States Park Police, Department of the Interior || **IS *NOT* IN CUSTODY**<br>1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 6/2/2007<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District) |
| ☐ person is awaiting trial in another Federal or State Court, give name of court |||
| ☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District || **IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State<br>If answer to (6) is "Yes", show name of Institution |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Att'y  ☐ Defense | SHOW DOCKET NO. ||
| ☐ this prosecution relates to a pending case involving this same defendant | MAGISTRATE CASE NO. | Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____ |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ || DATE OF ARREST ▶  Month/Day/Year _____<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____ |
| Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**<br>☑ U.S. Att'y  ☐ Other U.S. Agency |||
| Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS || ☐ This report amends AO 257 previously submitted |

---------- ADDITIONAL INFORMATION OR COMMENTS ----------

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MAG**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL GABRIEL FONDANOVA,<br><br>    Defendant. | CR No. **07  0446**<br><br>VIOLATIONS: Title 18, United States Code, Section 113(a)(4) - Assault (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about June 2, 2007, while within the boundaries and area administered by the Presidio Trust, in the Northern District of California, the defendant,

MICHAEL GABRIEL FONDANOVA,

assaulted an individual by striking, beating, and wounding him, in violation of Title 18, United

//

//

//

INFORMATION

1  States Code, Section 113(a)(4), a Class B Misdemeanor.

3  DATED: July 12, 2007                    SCOTT N. SCHOOLS
                                           United States Attorney

                                           /s/ Ioana Petrou
                                           IOANA PETROU
                                           Chief, Major Crimes Section

8  (Approved as to form: /s/ Wendy Thomas
                         WENDY THOMAS
9                        Special Assistant United States Attorney

INFORMATION