☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:55-9:59 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>NANDOR J. VADAS | DATE<br>July 17, 2007 | FILED ☐ NEW CASE<br>(stamp: FILED 2007 JUL 17 AM 11:12 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST OF CA) | CASE NUMBER<br>CR07-0446 MAG |

**APPEARANCES**

| DEFENDANT<br>Michael Fondanova | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Geoff Hansen | ☒ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Crystal Tindell, LC | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED ☒<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☒<br>COUNSEL APPOINTED ☒<br>PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | ➡ AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                REAL PROPERTY:

☐ CASH          ☐ CORPORATE SECURITY          ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                OTHER:

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

**CONTINUANCE**

| TO: 7-24-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. JL | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☒ STATUS |

**ADDITIONAL PROCEEDINGS**

.

COPIES SENT TO: Gloria,                DOCUMENT NUMBER: