UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),                        No.CR07-0446 JL

    v.                                   **NOTICE OF CONTINUANCE**

MICHAEL FONDANOVA

    Defendant(s).

_____/

Judgment & Sentencing in the above entitled case is hereby continued (from October 25, 2007) to November 1, 2007 @ 11:00 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated:  October 16, 2007

_____
Wings Hom Courtroom Deputy  to
Chief United States Magistrate Judge
James Larson

Blank.frm                    1