BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant FONDANOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07 - 446 JL |
| Plaintiff, | ) | **REQUEST FOR PERMISSION TO TRAVEL** |
| vs. | ) | |
| MICHAEL FONDANOVA, | ) | |
| Defendant. | ) | |

   This Court placed the defendant on probation this morning for a period of one year. After court, he met with the probation officer as directed to discuss the conditions of his probation. During this meeting, he was told that he could not leave the district for the first 60 days of his probationary period.

   The defendant has already purchased a plane ticket to travel to Southern California to spend Thanksgiving with his family, and hopes to return for a week during the Christmas holidays. He therefore asks that the Court sign the attached order allowing him to travel within the state of California on the dates indicated.

Travel Request; Fondanova 07-0446 JL            1

1 | Dated: November 1, 2007

3 |                          Respectfully submitted,

4 |                          BARRY J. PORTMAN
                         Federal Public Defender

6 |                                /s/
                         GEOFFREY A. HANSEN
7 |                          Chief Assistant Federal Public Defender