IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07 - 446 JL |
| Plaintiff, | ) | **TRAVEL ORDER** |
| vs. | ) | |
| MICHAEL FONDANOVA, | ) | |
| Defendant. | ) | |

The defendant may leave the Northern District and travel within the State of California to visit family between November 20, 2007 and November 27, 2007, and again between December 21, 2007 and December 28, 2007.

Dated: November 2, 2007

_____
JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

1