CR 07-446

11/19/2007 02:38 PM EDT

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|

Case No. DCAN307CR000446   US V FONDANOVA

| 001 | MICHAEL GABRIEL FONDANOVA | 004100 | FINE-CRIME VICTIMS FUND | 500.00 | 0.00 | CT 34611012053 | 0 | PR | 250.00 | 11/01/2007 |
| 001 | MICHAEL GABRIEL FONDANOVA | 004100 | FINE-CRIME VICTIMS FUND | 500.00 | 0.00 | CT 34611012592 | 0 | PR | 250.00 | 11/16/2007 |
| | | | | | | Sub-Total | | | 500.00 | |
| 001 | MICHAEL GABRIEL FONDANOVA | 004100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611012040 | 0 | PR | 10.00 | 11/01/2007 |
| | | | | | | Division Payment Total | | | 510.00 | |
| | | | | | | Grand Total | | | 510.00 | |

$500.00 FINE PAID IN FULL on 11-16-07

Page 1 of 1